IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| REYNA WILLIAMS, | § | |
|     *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:19-cv-00061 |
| | § | |
| WELLS FARGO USA HOLDINGS, INC., | § | |
|     *Defendant*. | § | |

## CORPORATE DISCLOSURE STATEMENT

Under Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Wells Fargo USA Holdings, Inc., successor by merger to Wells Fargo Financial Texas, Inc., files this Disclosure Statement and would show as follows:

Wells Fargo USA Holdings in an indirect, wholly-owned subsidiary of Wells Fargo & Company, a publicly traded bank holding company. No publicly held corporation owns 10% or more of Wells Fargo & Company's stock.

Wells Fargo reserves the right to supplement this certificate as needed.

70634490v.1 0105492/00620

Respectfully submitted,

LOCKE LORD LLP

By: _____

**B. David L. Foster**
Texas Bar No. 24031555
**Joel Thomason**
Texas Bar No. 24086612
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, Texas 78701
(512) 305-4700
(512) 305-4800 (Facsimile)
dfoster@lockelord.com
jthomason@lockelord.com

**Robert T. Mowrey**
Texas Bar No. 14607500
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
(214) 740-8000
(214) 740-8800 (Facsimile)
rmowrey@lockelord.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the foregoing was served as indicated on this 24th day of January, 2019, to the following:

**VIA FACSIMILE & U.S. MAIL**
Oscar L. Cantu
Law Office of Oscar L. Cantu
1004 S. St. Mary's St.
San Antonio, Texas 78205
(210) 846-0356
(210) 941-0811 (Facsimile)
*Attorney for Plaintiff*

               _____
               Joel Thomason

70634490v.1 0105492/00620